Jack Meyerson, Esq. (No. 000781990)
Matthew Miller, Esq. (No. 043462010)
MEYERSON & O'NEILL
1700 Market Street, Suite 3025
Philadelphia, PA 19103
(215) 972-1376
jmeyerson@meyersonlawfirm.com
mmiller@meyersonlawfirm.com

_____

| | | |
|---|---|---|
| ESTATE OF PATRICIA GRIECO, by its administrator VINCENT GRIECO, and VINCENT GRIECO, individually, | : : : : : | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, NEWARK |
| Plaintiffs, | : : | Civil Action No. 16-01959 |
| v. | : : | ELECTRONICALLY FILED |
| NATIONAL MEDICAL CONSULTANTS, P.C., EUGENE DIBLASIO, M.D., LAEL F. FORBES, M.D., ABC CORP., I-X fictitious names for heretofore unknown Corporate Defendants, and JOHN & JANE DOE, I-X, fictitious names for heretofore unknown Defendants, | : : : : : : : : | |
| Defendants. | : : | |

_____

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of the Estate of Patricia Grieco and Vincent Grieco, individually, Plaintiffs in the above-captioned matter.

    Respectfully submitted,

    /s/ Matthew Miller
    Matthew Miller, Esq.

## CERTIFICATE OF SERVICE

I, Matthew Miller, Esq., hereby certify that on February 25, 2019, a true and correct copy of the foregoing Entry of Appearance was sent to below-listed counsel via the Electronic Filing System and by United States mail:

Vincent E. Reilly, Esq.
KINNEY LISOVICZ REILLY & WOLFF
299 Cherry Hill Road, Suite 300
Parsippany, NJ 07054

Joshua C. Gillette, Esq.
KAGEN & CASPERSEN
757 Third Avenue, 20th Floor
New York, NY 10017

Lynn Hsieh, Esq.
Ruth Ann Ragan, Esq.
MARTIN CLEARWATER & BELL
220 East 42nd Street, New York, NY 10017

Caesar Brazza, Esq.
163 Madison Avenue, 2nd Floor
#220-35
Morristown, NJ 07960

/s/ Matthew Miller
Matthew Miller, Esq.